**Robert R. FOULON, Plaintiff–Appellant,**

v.

**KLAYMAN & TOSKES PA, a foreign Washington, corporation, Defendant–Appellee.**

No. 05–35383.

United States Court of Appeals, Ninth Circuit.

Dec. 21, 2007.

Carl J. Carlson, Esq., Carlson & Dennett, P.S., Seattle, WA, for Plaintiff–Appellant.

Joel E. Wright, Esq., William R. Kiendl, Esq., Lee Smart Cook Martin & Patterson, P.S., Inc., Seattle, WA, for Defendant–Appellee.

Before: ALEX KOZINSKI, Chief Judge.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be heard en banc pursuant to Circuit Rule 35–3.